PROB 12B
(NYEP-11/25/02)
STICKLEY/ BK, NY

# United States District Court
## for the Eastern District of New York

**Request for Modifying the Conditions or Term of Supervision with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

RECEIVED FEB 14 2006

**Name of Offender:** <u>Ali Ahmed Alriany</u>  **Case Number** <u>CR-02-747-03</u>

**Name of Sentencing Judicial Officer:** <u>The Honorable John Gleeson, U.S. District Judge</u>

**Date of Original Sentence:** <u>May 9, 2003</u>

**Original Offense:** <u>18 U.S.C. 371, Conspiracy to Operate an Unlicensed Money Transmitting Business, a class D felony.</u>

**Original Sentence:** <u>Thirty (30) months custody, three (3) years supervised release, and a $100 special assessment fee was imposed. Special conditions ordering the defendant to comply with the forfeiture order, pay a fine of $2,000 and full financial disclosure were also imposed.</u>

**Type of Supervision:** <u>Supervised Release</u>   **Date Supervision Commenced:** <u>January 27, 2006</u>

---

## PETITIONING THE COURT

☐ To extend the term of supervision for years, for a total term of years.

☒ To modify the conditions of supervision as follows:

**Special Condition:** The supervised releasee is prohibited from associating, directly or indirectly, in person, by mail or telephonically, with anyone who was a co-defendant in any prior criminal cases, and are now convicted felons and shall not have any contact with anyone involved in the "Alriany Organization."

**Special Condition:** The defendant shall submit his person, residence, place of business, storage unit, vehicle, boat, or any other premises under his control to a search on the basis that the probation officer has reasonable belief that contraband or evidence of a violation of the conditions of the release may be found. The search must also be conducted in a reasonable manner and at a reasonable time; failure to submit to a search may be grounds for revocation and the defendant shall inform any other resident that the premises may be subject to search pursuant to this condition.

Request for Modifying the
Conditions or Terms of Supervision
with Consent of the Offender

ALRIANY, Ahmed Ali
CR-02-747-03

Prob 12B / Page 2
STICKLEY/ BK, NY

## CAUSE

The purpose of this memorandum is to notify the Court of Mr. Alriany's release from custody on January 27, 2006, and to request a modification of his conditions of supervised release. Upon reviewing the releasee's file, it was noted that due to the releasee's history and association with members of the "Alriany Organization", the Probation Department believes it is necessary to have a special condition that prohibits the releasee from any future association with that specific group. Also, due to the releasee's three prior violent offenses involving firearms the Probation Department believes it is necessary to impose a condition for search and seizure should there be a reasonable belief that contraband or evidence of a violation of supervised release may be found.

As a result, the releasee was provided with a Probation Form 49, Waiver of Hearing to Modify Conditions of Supervision, indicating the above mentioned special conditions. The releasee signed the Probation Form 49, which has been enclosed for Your Honor's review, thereby agreeing to the modification of his conditions of supervised release. The Probation Department respectfully recommends that the Court modify the releasee's conditions of supervised release to include the aforementioned special conditions. We await Your Honor's response.

Respectfully submitted by,

Dennis Stickley
Senior U.S. Probation Officer
(347) 534-3519

Approved by,

Anthony Castellano
Supervising U.S. Probation Officer
Date: February 6, 2006

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☒ The Modification of Conditions as Noted Above
☐ Other

s/John Gleeson
Signature of Judicial Officer

2/14/06
Date

ALRIANY, Ahmed Ali
Dkt. No.: CR-02-00747-03

PROB 49
(NYEP-8/5/04)

STICKLEY/ BK, NY

# United States District Court

## EASTERN DISTRICT OF NEW YORK

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Special Condition**: The supervised releasee is prohibited from associating, directly or indirectly, in person, by mail or telephonically, with anyone who was a co-defendant in any prior criminal cases, and are now convicted felons and shall not have any contact with anyone involved the "Alriany Organization."

**Special Condition:** The defendant shall submit his person, residence, place of business, storage unit, vehicle, boat, or any other premises under his control to a search on the basis that the probation officer has reasonable belief that contraband or evidence of a violation of the conditions of the release may be found. The search must also be conducted in a reasonable manner and at a reasonable time; failure to submit to a search may be grounds for revocation and the defendant shall inform any other resident that the premises may be subject to search pursuant to this condition.

Witness: _____  Signed: _____
U.S. Probation Officer                Probationer or Supervised Releasee

Date _____